Fill in this information to identify the case:

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____    Chapter  11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Tzadik Sioux Falls Portfolio I, LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
83-1276352

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 2450 Hollywood Blvd Ste 503 | |
| Hollywood, FL 33020 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | Location of principal assets, if different from principal place of business |
| County | Various Multi-Family Properties Sioux Falls, SD |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  Tzadik Sioux Falls Portfolio I, LLC                                    Case number (*if known*)
            Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    6513

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor  See Attachment                         Relationship _____
District _____  When _____  Case number, if known _____

Debtor  Tzadik Sioux Falls Portfolio I, LLC _____     Case number (*if known*) _____
       Name

**11. Why is the case filed in this district?**    Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☒ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor   Tzadik Sioux Falls Portfolio I, LLC                              Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April  , 2025
              MM / DD / YYYY

X  *Adam Hendry* (signature)
Signature of authorized representative of debtor

Adam Hendry
Printed name

Title   Authorized Representative

**18. Signature of attorney**

X   /s/ Morgan Edelboim
Signature of attorney for debtor

Date  April 9, 2025
      MM / DD / YYYY

Morgan Edelboim
Printed name

Edelboim Lieberman PLLC
Firm name

2875 NE 191st Street, Penthouse One
Suite 905
Miami, FL 33180
Number, Street, City, State & ZIP Code

Contact phone   305-768-9909        Email address   morgan@elrolaw.com

FL    40955
Bar number and State

Debtor   Tzadik Sioux Falls Portfolio I, LLC   Case number (*if known*)
       Name

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF FLORIDA

Case number (*if known*) _____   Chapter __11__

☐ Check if this is an amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Garden Villas Appartment, LLC | | Relationship to you | Affiliates | |
| District | Southern District of Florida | When | Case number, if known | | |
| Debtor | TMG2 | | Relationship to you | Affiliates | |
| District | Southern District of Florida | When | Case number, if known | | |
| Debtor | Tzadik Hidden Hills, LLC | | Relationship to you | Affiliates | |
| District | Southern District of Florida | When | Case number, if known | | |

**Fill in this information to identify the case:**

Debtor name: Tzadik Sioux Falls Portfolio I, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☒ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April   , 2025        x /s/ Adam Hendry
                                    Signature of individual signing on behalf of debtor

                                    Adam Hendry
                                    Printed name

                                    Authorized Representative
                                    Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: Tzadik Sioux Falls Portfolio I, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aire Master of the Plains<br>615 S. Lyons<br>Sioux Falls, SD 57106 | | Trade debt | | | | $14,081.75 |
| ANC Cleaning LLC<br>801 S. Beta Pl<br>Sioux Falls, SD 57106 | | Trade debt | | | | $7,103.56 |
| Apartments, LLC<br>2563 Collection Center Drive<br>Chicago, IL 60693 | | Trade debt | | | | $6,417.81 |
| Automatic Security Co., Inc.<br>3011 S Phillips Ave<br>Sioux Falls, SD 57105 | | Trade debt | | | | $6,767.06 |
| Breit & Boomsma, P.C.<br>606 E. Tan Tara Circle<br>Sioux Falls, SD 57108 | | Trade debt | | | | $128,506.92 |
| Conservice LLC<br>P.O. BOX 1500<br>Hemet, CA 92546 | | Trade debt | | | | $50,214.82 |
| Cressman Sanitation - UM<br>101 W Mickleson Rd<br>Hartford, SD 57033 | | Trade debt | | | | $17,566.28 |
| D & D Electric Inc.<br>330 N. Main Street<br>Sioux Falls, SD 57104 | | Trade debt | | | | $13,510.33 |

Debtor    Tzadik Sioux Falls Portfolio I, LLC
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Express Services, Inc.<br>434 S. Kiwanis Ave. \| Suite 2 \|<br>Sioux Falls, SD 57104 | | Trade debt | | | | $9,709.69 |
| HD Supply<br>PO BOX 509058<br>San Diego, CA 92150 | | Trade debt | | | | $45,603.96 |
| Home Depot U.S.A., Inc d/b/a The Home De<br>2455 Paces Ferry Road<br>Atlanta, GA 30339 | | Trade debt | | | | $52,298.75 |
| MidAmerican Energy Company - UM<br>PO Box 8020<br>Davenport, IA 52808 | | Trade debt | | | | $61,671.24 |
| Norberg Paints Inc.<br>326 E 14th Street<br>Sioux Falls, SD 57104 | | Trade debt | | | | $9,323.29 |
| Pesto X<br>27113 Independence Avenue<br>Sioux Falls, SD 57108 | | Trade debt | | | | $33,345.48 |
| Plunkett's Pest Control, Inc.<br>40 52nd Way Northeast<br>Minneapolis, MN 55421 | | Trade debt | | | | $12,729.83 |
| Sioux Falls Utilities - UM<br>224 West 9th Street<br>Sioux Falls, SD 57117 | | Business Operations | | | | $82,350.19 |
| Waste Solution Services<br>26 Columbia Ave.<br>Cedarhurst, NY 11516 | | Trade debt | | | | $25,322.44 |
| Xcel Energy - UM<br>PO Box 9477<br>Minneapolis, MN 55484 | | Trade debt | | | | $33,449.29 |
| Xtreme Cleaning Services<br>Salem, SD 57058 | | Trade debt | | | | $8,099.90 |

Fill in this information to identify the case:

Debtor name: Tzadik Sioux Falls Portfolio I, LLC

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. Real property:
   Copy line 88 from Schedule A/B............................................................................................................ $ 65,000,000.00

   1b. Total personal property:
   Copy line 91A from Schedule A/B........................................................................................................... $ subject to analysis

   1c. Total of all property:
   Copy line 92 from Schedule A/B............................................................................................................. $ 65,000,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................. $ 46,775,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. Total claim amounts of priority unsecured claims:
   Copy the total claims from Part 1 from line 5a of Schedule E/F.......................................................... $ subject to analysis

   3b. Total amount of claims of nonpriority amount of unsecured claims:
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. +$ subject to analysis

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b $ 46,775,000.00

**United States Bankruptcy Court**
**Southern District of Florida**

In re: Tzadik Sioux Falls Portfolio I, LLC

Debtor(s)

Case No. _____

Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Representative of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April , 2025

_/s/ Adam Hendry_
Adam Hendry /Authorized Representative
Signer/Title

Aire Master of the Plains
615 S. Lyons
Sioux Falls, SD 57106

ANC Cleaning LLC
801 S. Beta Pl
Sioux Falls, SD 57106

Apartments, LLC
2563 Collection Center Drive
Chicago, IL 60693

Automatic Security Co., Inc.
3011 S Phillips Ave
Sioux Falls, SD 57105

Breit & Boomsma, P.C.
606 E. Tan Tara Circle
Sioux Falls, SD 57108

Conservice LLC
P.O. BOX 1500
Hemet, CA 92546

Cressman Sanitation - UM
101 W Mickleson Rd
Hartford, SD 57033

D & D Electric Inc.
330 N. Main Street
Sioux Falls, SD 57104

Express Services, Inc.
434 S. Kiwanis Ave. | Suite 2 |
Sioux Falls, SD 57104

HD Supply
PO BOX 509058
San Diego, CA 92150

Home Depot U.S.A., Inc d/b/a The Home De
2455 Paces Ferry Road
Atlanta, GA 30339

MidAmerican Energy Company - UM
PO Box 8020
Davenport, IA 52808

Norberg Paints Inc.
326 E 14th Street
Sioux Falls, SD 57104

Pesto X
27113 Independence Avenue
Sioux Falls, SD 57108

```
Plunkett's Pest Control, Inc.
40 52nd Way Northeast
Minneapolis, MN 55421


Sioux Falls Utilities - UM
224 West 9th Street
Sioux Falls, SD 57117


Stealth Monitoring Inc.
15182 Marsh Lane
Addison, TX 75001


Waste Solution Services
26 Columbia Ave.
Cedarhurst, NY 11516


Xcel Energy - UM
PO Box 9477
Minneapolis, MN 55484


Xtreme Cleaning Services
Salem, SD 57058
```

**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

In Re:
Tzadik Sioux Falls Portfolio I, LLC

Case Number
Chapter 11

_____ Debtor(s) /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

- ☐ Application by Individual Debtor to Pay Filing Fee in Installments
- ☒ Voluntary petition signed by me on _____ April____, 2025
- ☐ Schedules signed by me on _____
- ☐ Statement of Financial Affairs signed by me on _____
- ☐ Statement of Social Security Number(s) signed by me on _____
- ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on _____
- ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments
- ☐ Amended voluntary petition signed by me on _____
- ☐ Amended schedules signed by me on _____
- ☐ Amended Statement of Financial Affairs signed by me on _____
- ☐ Amended Statement of Social Security Number(s) signed by me on _____
- ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on _____

I, ___Adam Hendry___, the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1. I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2. I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3. I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4. I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_/s/ Adam Hendry_
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

Adam Hendry
**Print or Type Name (and title if applicable)**

Morgan Edelboim
**Print or Type Name of Attorney for Debtor**

_____
**Signature of Joint Debtor (if applicable)**

_____
**Print Name**

_____
**Phone:**

LF-11 (rev. 03/06/12)
Software Copyright (c) 1996-2025 Best Case, LLC   - www.bestcase.com                                Best Case Bankruptcy

## UNANIMOUS WRITTEN CONSENT OF THE MEMBERS OF
## TZADIK SIOUX FALLS PORTFOLIO I, LLC

Through this Unanimous Written Consent, the members of Tzadik Sioux Falls Portfolio I, LLC (the "Company"), on April 9, 2025, the following resolutions have been adopted by all of the members, a Delaware limited liability company:

1. **BE IT RESOLVED** that the Company authorizes and empowers Adam M. Hendry (the "Manager") to file (the "Initial Filing") a voluntary petition (the "Petition") for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Broward Division) on behalf of the Company, which filing is hereby approved (the "Chapter 11 Proceedings"); and

2. **BE IT FURTHER RESOLVED** that, in connection therewith, to execute and file with the Bankruptcy Court such initial Petition, as the Manager may deem reasonably necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals for the Initial Filing; and

3. **BE IT FURTHER RESOLVED** that the Company, through its Manager, is authorized (i) to retain the law firm of Edelboim Lieberman PLLC ("EL Law") as general bankruptcy counsel to render legal services to and to represent the Company in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 case and all proceedings arising out of or related thereto upon such terms as set forth in the Engagement Agreement; and (ii) subject to Bankruptcy Court of approval, to retain on behalf of the Company such other professionals that the Company reasonably deems necessary or advisable to represent or assist the Company as is necessary in connection with the Chapter 11 Proceedings upon such terms as are reasonably necessary; and

4. **BE IT FURTHER RESOLVED** that the Company is hereby authorized to pay EL Law a retainer in an amount agreed to by the Company through the Manager and EL Law up to $175,000.00 for bankruptcy costs and services plus such other amounts as set forth in the Engagement Agreement and as authorized by the United States Bankruptcy Court; and

5. **BE IT FURTHER RESOLVED**, that the members are authorized to execute these resolutions in counterparts, each of which shall constitute an original, and all of which shall constitute one articulation of these members' resolutions and that the members may execute via an electronic signature and provide the executed resolution in electronic format; and

6. **BE IT FURTHER RESOLVED** that the foregoing resolutions shall be effective as of the April 9, 2025.

[SIGNATURE PAGE TO FOLLOW]

TZADIK SIOUX FALLS PORTFOLIO I, LLC
    Tzadik Sioux Falls Portfolio MB, LLC (100% of the Company)
        Tzadik Sioux Falls Portfolio SO, LLC (100% of Tzadik Sioux Falls Portfolio MB, LLC),

By: _____
    By: Adam Hendry,
        As Manager Tzadik Sioux Falls Portfolio SO, LLC

By: _____
    By: Adam Hendry
        As Member Tzadik Sioux Falls Portfolio SO, LLC

By: _____
    By: Adam Hendry, As Managing Member of TMG 2, LLC,
        Member of Tzadik Sioux Falls Portfolio SO, LLC

By: _____
    By: Adam Hendry, As Member of TMG 2, LLC,
        Member of Tzadik Sioux Falls Portfolio SO, LLC

By: _____
    Name: Sandy Poklar
    By:    FC Sioux Falls Pref, LP
            As Class A Member of TMG 2, LLC
    Its:    Authorized Signing Officer

# WRITTEN CONSENT OF THE INDEPENDENT DIRECTORS OF
# TZADIK SIOUX FALLS PORTFOLIO I, LLC

Through this Consent of the Independent Directors of Tzadik Sioux Falls Portfolio I, LLC a Delaware limited liability company (the "Company"), on April 7, 2025, the following resolution has been adopted by all of the Independent Directors:

1. **BE IT RESOLVED** that the Company authorizes and empowers Adam M. Hendry (the "Manager") to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Broward Division) on behalf of the Company, which filing is hereby approved (the "Chapter 11 Proceedings"); and

2. **BE IT FURTHER RESOLVED** that the foregoing resolution shall be effective as of the April 7, 2025.

TZADIK SIOUX FALLS PORTFOLIO I, LLC

By: _____
Name: Jennifer A. Schwartz
Tzadik Sioux Falls Portfolio I, LLC
Its: Independent Director


By: _____
Name: Steven P. Zimmer
Tzadik Sioux Falls Portfolio I, LLC
Its: Independent Director