UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

www.flsb.uscourts.gov

In re:

TZADIK SIOUX FALLS
PORTFOLIO I, LLC

  Debtor.

_____/

Chapter 11

Case No.: 25-13865-PDR

# NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL

Fannie Mae ("*Holder*" or "*Fannie Mae*"), secured creditor of the above-captioned debtor Tzadik Sioux Falls Portfolio I, LLC ("*Tzadik Portfolio*" or the "*Debtor*"), hereby gives notice (this "*Notice*") pursuant to sections 363(c)(2) and 552(b) of Title 11 of the United States Code (the "*Bankruptcy Code*"), of Holder's non-consent to the use of its cash collateral generated from the real property located at the addresses provided in the table below (collectively, the "*Properties*"). Holder hereby further demands, pursuant to Bankruptcy Code section 363(c)(4), that the Debtor account for and segregate cash collateral from the petition date onward.

| No. | Name | Address(es) | Borrower |
|---|---|---|---|
| 1. | Amber Leaf Apartments | 1301 S. Cleveland Avenue Sioux Falls, South Dakota 57103, | Tzadik Portfolio |
| 2. | Arnolds Park Apartments | 600 & 604 W. Bennett Street; 601 & 609 W. Russell Street; 700, 704 & 708 W. Rice Street; 804, 808, 812 & 900 W. Bailey Street; 1201, 1205 & 1209 N. Prairie Avenue, Sioux Falls, South Dakota 57104 | Tzadik Portfolio |
| 3. | Eagles Nest Apartments | 4400, 4404, 4500, 4504 & 4508 S. Louise Avenue, 4301, 4409, 4501, 4505, 4509, 4511 & 4515 S. Tennis Lane, Sioux Falls, South Dakota 57106 | Tzadik Portfolio |
| 4. | Eastview Apartments | 3300 E. 11th Street, Sioux Falls, South Dakota 57103 | Tzadik Portfolio |
| 5. | Lake Park Apartments | 1000, 1004, 1008, 1012, 1016 & 1020 N. Covell Avenue, Sioux Falls, South Dakota 57104 | Tzadik Portfolio |

Page 1

| 6. | Mayfair Westwood Apartments | 3000, 3004, 3008 & 3012 S. Mayfair Drive, Sioux Falls, South Dakota 57106 | Tzadik Portfolio |
|---|---|---|---|
| 7. | North Cleveland Apartments | 901-909 N. Cleveland Avenue, Sioux Falls, South Dakota 57103 | Tzadik Portfolio |
| 8. | Richmond Townhomes | 4509, 4511 & 4515 E. 3rd Street, Sioux Falls, South Dakota 57110 | Tzadik Portfolio |
| 9. | River Run Apartments | 701 S. Lyons Avenue, Sioux Falls, South Dakota 57106 | Tzadik Portfolio |
| 10. | Sandy Creek Apartments | 320 N. Western Avenue, Sioux Falls, South Dakota 57104 | Tzadik Portfolio |
| 11. | Sycamore Court Apartments | 4500-4504 E. 16th Street, Sioux Falls, South Dakota 57110 | Tzadik Portfolio |
| 12. | Timber Creek Apartments | 1908 E. Rice Street, Sioux Falls, South Dakota 57103 | Tzadik Portfolio |
| 13. | 47th and Marion | 5208 W. 47 Street & 5212 W. 47 Street, Sioux Falls, South Dakota 57106 | Tzadik Portfolio |
| 14. | Conklin Manor | 304-308 S. Conklin Avenue, Sioux Falls, South Dakota 57103 | Tzadik Portfolio |
| 15. | Holiday Manor Apartments | 360 N. Holiday Avenue; 4205, 4301, 4305, 4401, 4405, 4409 and 4413 E. Ronning Drive, Sioux Falls, South Dakota 57106 | Tzadik Portfolio |
| 16. | North Lake Apartments | 400 N. Lake Avenue, Sioux Falls, South Dakota 57104 | Tzadik Portfolio |
| 17. | Sherman Apartments | 800 & 812 S. Sherman Avenue; 1208 E. 16th Street, Sioux Falls, South Dakota 57104 | Tzadik Portfolio |
| 18. | Summit Apartments | 1000 S. Summit Avenue, Sioux Falls, South Dakota 57105 | Tzadik Portfolio |

Dated: April 14, 2025

Respectfully submitted,

By: /s/ Alexis A. Leventhal
Alexis A. Leventhal
FL Bar #108064
Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami, Florida 33131
Phone: 786-747-0247
Email: aleventhal@reedsmith.com

    and

    Keith M. Aurzada*
Texas Bar No. 24009880
Jay L. Krystinik*
Texas Bar No. 24041279
Devan J. Dal Col*
Texas Bar No. 24116244
Reed Smith LLP
2850 N. Harwood St., Ste. 1500
Dallas, Texas 75201
T: 469.680.4200
F: 469.680.4299
kaurzada@reedsmith.com
jkrystinik@reedsmith.com
ddalcol@reedsmith.com

*Pro Hac Vice Forthcoming*
*Attorneys for Fannie Mae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

    */s/ Alexis A. Leventhal*
    Alexis A. Leventhal, Esq.