## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| TZADIK SIOUX FALLS PORTFOLIO I, LLC | Case Nos. 25-13865-PDR |
| TGM2, LLC | Case Nos. 25-13867-PDR |
| GARDEN VILLAS APARTMENTS, LLC, | Case Nos. 25-13868-PDR |
| TZADIK HIDDEN HILLS APARTMENTS, LLC | Case Nos. 25-13884-PDR |
| | (Jointly Administered) |
| Debtors.                                                    / | |

### FANNIE MAE'S *EX PARTE* MOTION REQUESTING REMOTE ACCESS FOR THE HEARING SCHEDULED FOR APRIL 29, 2025 AT 1:30 PM ON DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL AND TO SET A FINAL HEARING

Secured creditor Fannie Mae ("**Holder**" or "***Fannie Mae***") files this Motion (the "***Motion***") to appear remotely for the *Debtor's Emergency Motion for Authorization to Use Cash Collateral* [ECF No. 28] (the "**Cash Collateral Motion**")[1] filed by Tzadik Sioux Falls Portfolio I, LLC ("***Tzadik Portfolio***" or the "***Debtor***") and its affiliate debtors (collectively, the "***Debtors***"). In support of this Motion, Fannie Mae respectfully states as follows:

1. Fannie Mae's counsel intends to attend the hearing on April 29, 2025 at 1:30 p.m. (the "***Hearing***") on the Debtors' Cash Collateral Motion.

2. Good cause exists to permit Fannie Mae's counsel to appear by Zoom at the Hearing. Fannie Mae's counsel has been in contact with Debtors' counsel throughout last week and over the weekend, and at of the time of filing of this Motion, there remains only two outstanding discrete issues between the parties which may well be resolved by the time of the

---

[1] All capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Cash Collateral Motion.

Page 1

Hearing. Even if these items were not resolved, the Hearing would only require brief legal argument over one or two points in the Cash Collateral Motion.

3. Fannie Mae's lead bankruptcy counsel, Michael Cooley, is based in Dallas, Texas and is a member of Reed Smith LLP's executive committee. On the date of the Hearing, Mr. Cooley is scheduled to be in all-day executive committee planning meetings. While it would be a small matter for Mr. Cooley to step out for what is anticipated to be a relatively brief hearing on the Cash Collateral Motion with minimal issues remaining for resolution, it would be significantly more difficult and would Mr. Cooley to miss a full day of executive committee meetings to travel to and from Florida to attend the Hearing. Similarly, Reed Smith LLP counsel Alexis Leventhal and associate Devan Dal Col are physically located out-of-state and would likewise be required to reschedule their previous commitments for the date of the Hearing on shortened notice.

4. Given the shortened notice and the expected brevity of this non-evidentiary hearing, remote appearance by Fannie Mae's counsel will not unduly prejudice any party.

5. WHEREFORE, Fannie Mae respectfully requests that the Court enter an Order granting this Motion in the form attached hereto as **Exhibit A**, allowing Fannie Mae's undersigned counsel to appear remotely via Zoom at the Hearing set for April 29, 2025 at 1:30 p.m.

Dated:  April 28, 2025

Respectfully submitted,

**REED SMITH LLP**

By: */s/ Alexis A. Leventhal*
Alexis A. Leventhal (FL Bar #108064)
225 Fifth Avenue
Pittsburgh, PA 15222
412.288.3834

1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
786.747.0247
aleventhal@reedsmith.com

and

Michael P. Cooley*
Devan J. Dal Col*
2850 N. Harwood St., Suite 1500
Dallas, Texas 75201
469.680.4200
mpcooley@reedsmith.com
ddalcol@reedsmith.com
*Pro hac vice application forthcoming

*Attorneys for Fannie Mae*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

                                          */s/ Alexis A. Leventhal*
                                          Alexis A. Leventhal, Esq.