**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| TZADIK SIOUX FALLS PORTFOLIO I, LLC | Case Nos. 25-13865-PDR |
| TGM2, LLC | Case Nos. 25-13867-PDR |
| GARDEN VILLAS APARTMENTS, LLC, | Case Nos. 25-13868-PDR |
| TZADIK HIDDEN HILLS APARTMENTS, LLC | Case Nos. 25-13884-PDR |
| | (Jointly Administered) |
| Debtors._____/ | |

**FANNIE MAE'S *EX PARTE* MOTION FOR AUTHORITY TO APPEAR REMOTELY AT HEARING SCHEDULED FOR MAY 15, 2025**

Secured creditor Fannie Mae ("*Holder*" or "*Fannie Mae*") files this Motion (the "*Motion*") to appear remotely for the status conference and hearing scheduled for May 15, 2025 at 1:30 p.m. in the above captioned jointly administered cases of Tzadik Sioux Falls Portfolio I, LLC ("*Tzadik Portfolio*" or the "*Debtor*") and its affiliate debtors (collectively, the "*Debtors*"). In support of this Motion, Fannie Mae respectfully states as follows:

1. Fannie Mae's counsel intends to attend the status conference and hearing on May 15, 2025 at 1:30 p.m. (collectively the "*Hearing*") which includes (a) status conferences for each of the above-captioned Debtors, and (b) a hearing on the *Application of Debtors-in-Possession for Entry of on Order Authorizing the Employment and Retention of Morgan B. Edelboim, Esq. and Edelboim Lieberman PLLC, As Counsel for Debtors-in-Possession Effective as of the Petition Date* [ECF No. 32] (the "*Employment Motion*")

2. Good cause exists to permit Fannie Mae's counsel to appear by Zoom at the Hearing. Given the routine nature of the Hearing, the fact that the Hearing is set on the Court's motion calendar instead of a special setting, and the expected brevity of the Hearing, counsel for

Page 1

Fannie Mae respectfully requests the Court's permission to appear at the Hearing remotely via Zoom.

3. Counsel for Fannie Mae is in regular communication with Debtors' counsel, is aware of the current status of each of the cases, and has attended the 341 Meetings that were held on May 13, 2025 at 9:30 a.m. Counsel for Fannie Mae does not believe there is any benefit to the Court, the Debtors, or Fannie Mae in an in-person hearing given the likely short and non-evidentiary nature of the Hearing. While Fannie Mae has filed a limited objection to the Employment Motion to assert its continuing objection to a carve-out or surcharge, said limited objection was filed in an abundance of caution as the issue has already been previewed to the Court, the current budget does not provide for any payments to Debtors' counsel, and there will be a variety of hearings, including a continued interim cash collateral hearing and a hearing on *Debtors' Motion for Entry of an Order Establishing Procedures to Permit Monthly Payment of Interim Fee Applications of Chapter 11 Professionals* [ECF No. 58] on May 22, 2025 at 2:00 p.m., which lead counsel for Fannie Mae plans to attend in person.

4. WHEREFORE, Fannie Mae respectfully requests that the Court enter an Order granting this Motion in the form attached hereto as **Exhibit A**, allowing Fannie Mae's undersigned counsel to appear remotely via Zoom at the Hearing set for May 15, 2025 at 1:30 p.m.

Dated: May 13, 2025

                Respectfully submitted,

                **REED SMITH LLP**

                By: */s/ Alexis A. Leventhal*
                Alexis A. Leventhal (FL Bar #108064)
                225 Fifth Avenue
                Pittsburgh, PA 15222
                412.288.3834

1001 Brickell Bay Drive, Suite 900
Miami, Florida 33131
786.747.0247
aleventhal@reedsmith.com

and

Michael P. Cooley*
Devan J. Dal Col*
2850 N. Harwood St., Suite 1500
Dallas, Texas 75201
469.680.4200
mpcooley@reedsmith.com
ddalcol@reedsmith.com
*Pro hac vice application forthcoming

*Attorneys for Fannie Mae*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties of record.

                                                      */s/ Alexis A. Leventhal*
                                                      Alexis A. Leventhal, Esq.