**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                    Chapter 11

TZADIK SIOUX FALLS PORTFOLIO I, LLC          Case No. 25-13865-PDR
TGM2, LLC                                     Case No. 25-13867-PDR
GARDEN VILLAS APARTMENTS, LLC,                Case No. 25-13868-PDR
TZADIK HIDDEN HILLS APARTMENTS, LLC           Case No. 25-13884-PDR
TZADIK RAPID CITY PORTFOLIO I, LLC            Case No. 25-146565-PDR
TZADIK SIOUX FALLS I, LLC                     Case No. 25-15329-PDR
TZADIK SIOUX FALLS PORTFOLIO III, LLC         Case No. 25-15387-PDR

                                              Lead Case No. 25-13865-PDR
                                              (Jointly Administered)

Debtors.
_____/

**DEBTORS TZADIK SIOUX FALLS I, LLC AND TZADIK SIOUX FALLS**
**PORTFOLIO III, LLC'S *EX-PARTE* MOTION TO EXTEND TIME**
**TO FILE SCHEDULES AND STATEMENTS**

Debtors Tzadik Sioux Falls I, LLC ("TSF I") and Tzadik Sioux Falls Portfolio III, LLC

("Portfolio III"), two of the jointly administered Chapter 11 debtors and debtors-in-possession

herein (together, the "Debtors"), by and through undersigned counsel, respectfully requests that this

Court enter an order, pursuant to Section 521 of Title 11 of the United States Code (the

"Bankruptcy Code"), Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure, and

Local Bankruptcy Rules 1007-1 and 9013-1(C)(2), granting an extension of time for the Debtors

to file their Bankruptcy Schedules and Statements (as defined below). In support of this motion

("Motion"), the Debtors state as follows:

**Summary of Requested Relief**

Since the filing of their bankruptcy cases, the Debtors have been diligently working to

comply with their obligations as a debtors-in-possession. In the brief time since their petition

dates the Debtors have expended efforts to prepare first day motions, identify critical vendors,

and obtain terms of interim consensual use of cash collateral.  The Debtors have also expended considerable efforts preparing the necessary documents for its initial debtor interview and are preparing its draft schedules and statements of financial affairs and ancillary documents (the "Schedules and Statements").

Notwithstanding these efforts, the Debtors require an extension of time to file their Schedules and Statements.  This is the first request for an extension by the Debtors and is being filed in good faith. The Debtors respectfully request that the Court grant the extension requested herein.

## Background and Argument

1.      On May 13, 2025, the debtor TSF I filed its voluntary petition in this Court for relief under Chapter 11 the Bankruptcy Code.  On May 14, 2025, the debtor Portfolio III filed its voluntary petition in this Court for relief under Chapter 11 the Bankruptcy Code.  Since that time, the Debtor have operated as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.      On May 23, 2025, the Court entered an order in the above-captioned case granting the subject Debtors joint administration along with the other affiliated debtor entities. ECF #111.

3.      As of the date hereof, no creditors' committee has been appointed in the cases. In addition, no trustee or examiner has been appointed.

4.      Pursuant to Section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, the Debtor is required, within 14 days from the date of filing the petition, to file with the court (a) a summary of assets and liabilities; (b) a declaration concerning the Debtor's schedules; and (c) the Schedules and Statements.

5.      Accordingly, the current deadline for TSF I to file the Schedules and Statements

is May 27, 2025, and May 28, 2025 for Portfolio III.

6.        To avoid interruption of the Debtors' business and to provide this Court and other parties in interest with a complete picture of the Debtors' assets, liabilities and financial affairs, the Debtors require additional time to analyze and more fully compile the necessary data required to prepare the Schedules and Statements.

7.        This Motion is being filed on an *ex-parte* basis pursuant to Local Rule 9013-1(C)(2), which permits an extension of time for filing the Schedules and Statements on an *ex-parte* basis so long as the new deadline is more than seven days prior to the scheduled 341 Meeting of Creditors. The Debtors' Meeting of Creditors in this case is set to take place on June 17, 2025.

8.        Accordingly, the Debtors request a brief extension of time, up to and including June 9, 2025 (more than 7 days prior to the scheduled 341 meeting), so that the Debtors will have sufficient time to finalize all the necessary documentation and information and prepare and file the Schedules and Statements.

9.        No previous request for the relief sought for the Debtors herein has been made with the Court.

10.       This Motion is requested in good faith and not for the dilatory purposes.

11.       The Debtors submit that no parties in interest will be prejudiced by the requested relief.

        **WHEREFORE**, the Debtors, Tzadik Sioux Falls I, LLC and Tzadik Sioux Falls Portfolio III, LLC, respectfully request the entry of an Order, in substantially the form attached hereto as **Exhibit A**: (i) granting this Motion; (ii) extending the deadlines to file the Schedules and Statements up to and including June 9, 2025; and (iii) granting such other and further relief that is

just and proper.

       Respectfully submitted,

                             **EDELBOIM LIEBERMAN PLLC**
*Counsel for the Debtors*
2875 NE 191st Street
Penthouse One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: brett@elrolaw.com

*/s/ Brett D. Lieberman*
Brett D. Lieberman
Florida Bar No. 69583

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Debtors' Ex Parte Motion to Extend time to File Schedules and Statements* was furnished on this 27th Day of May, 2025, by via CM/ECF upon all parties registered to receive electronic notice as reflected on the attached service list.

By: */s/ Brett D. Lieberman*
Brett D. Lieberman
Florida Bar No. 69583

**25-15329-PDR Notice will be electronically mailed to:**

Shira A Baratz on behalf of Creditor Gatoralex Consulting, LLC and Creditor Alejandro Arguelles
sbaratz@melandbudwick.com

Morgan B. Edelboim, Esq. on behalf of Debtor Tzadik Sioux Falls I, LLC
morgan@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;olivia@elrolaw.com;virginia@elrolaw.com

Daniel N Gonzalez, Esq on behalf of Creditor Gatoralex Consulting, LLC
dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Daniel N Gonzalez, Esq on behalf of Creditor Alejandro Arguelles
dgonzalez@melandbudwick.com, ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com

Alexis A Leventhal on behalf of Creditor Fannie Mae
aleventhal@reedsmith.com, slucas@reedsmith.com

Brett D Lieberman on behalf of Debtor Tzadik Sioux Falls I, LLC
brett@elrolaw.com, eservice@elrolaw.com;tisha@elrolaw.com;olivia@elrolaw.com;virginia@elrolaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven Phillip Ordaz on behalf of Interested Party BMC Group, Inc.
sordaz@bmcgroup.com, cinfo@ecfalerts.com

John Schank on behalf of U.S. Trustee Office of the US Trustee
john.s.schank@usdoj.gov

Olivia Angelica Webb on behalf of Debtor Tzadik Sioux Falls I, LLC
olivia@elrolaw.com

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Fort Lauderdale Division**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| TZADIK SIOUX FALLS PORTFOLIO I, LLC | Case No. 25-13865-PDR |
| TGM2, LLC | Case No. 25-13867-PDR |
| GARDEN VILLAS APARTMENTS, LLC, | Case No. 25-13868-PDR |
| TZADIK HIDDEN HILLS APARTMENTS, LLC | Case No. 25-13884-PDR |
| TZADIK RAPID CITY PORTFOLIO I, LLC | Case No. 25-146565-PDR |
| TZADIK SIOUX FALLS I, LLC | Case No. 25-15329-PDR |
| TZADIK SIOUX FALLS PORTFOLIO III, LLC | Case No. 25-15387-PDR |
| | |
| | Lead Case No. 25-13865-PDR |
| | (Jointly Administered) |
| Debtors. | |

_____/

**ORDER GRANTING DEBTORS' TZADIK SIOUX FALLS 1, LLC AND TZADIK**
**SIOUX FALLS PORTFOLIO III LLC'S *EX-PARTE* MOTION TO**
**EXTEND TIME TO FILE SCHEDULES AND STATEMENTS**

THIS CAUSE came before the Court upon the *Debtors' Tzadik Sioux Falls 1, LLC And Tzadik Sioux Falls Portfolio III LLC'S Ex-Parte Motion to Extend Time to File Schedules and Statements* (ECF No. X ) (the "Motion") filed by the Debtors, Tzadik Sioux Falls I, LLC and Tzadik Sioux Falls Portfolio III, LLC (together, the "Debtors"),  pursuant to Section 521 of Title 11 of the United States Code, Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedures and Local Bankruptcy Rules 1007-1 and 9013-1(C)(2).  The Court, having reviewed the Motion and having determined that good cause exists for the relief requested therein,  it is **ORDERED** as

follows:

      1.      The Motion is **GRANTED**.

      2.      The time period within which the Debtors shall file their Summary of Assets and Liabilities and Certain Statistical Information, Schedules and Statement of Financial Affairs and Declaration Concerning Debtors Schedules and ancillary documents is extended through and including **June 9, 2025**.

###

<u>Submitted by: Brett Lieberman</u>

**EDELBOIM LIEBERMAN PLLC**
2875 NE 191st Street
Penthouse One
Miami, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114
Email: brett@elrolaw.com

Copies furnished to:

Brett Lieberman, Esq.
*Attorney Brett Lieberman is hereby directed to serve a copy of this Order upon the top 20 creditors matrix.*